ment. February 20, 1914.) Action by the Benz Auto Import Company of America against Jesse Froelich. C. Oakes, of New York City, for appellant. J. S. Epstein, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BENZ AUTO IMPORT CO., Appellant, v. FROELICH, Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Action by the Benz Auto Import Company against Jesse Froelich. C. Oakes, of New York City, for appellant. J. S. Epstein, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BENNETT, Respondent, v. MONARCH ROAD ROLLER CO., Appellant. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Clayton P. Bennett against the Monarch Road Roller Company. H. L. Delatour, of Brooklyn, for appellant. H. Remington, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BERLIN et al., Respondents, v. PEARL-BERG, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Abraham J. Berlin and another against Morris Pearlberg. No opinion. Order affirmed, with $10 costs and disbursements.

BERRIAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Action by Barbara Berrian against the City of New York. W. E. C. Mayer, of New York City, for appellant. S. S. Kogan, of New York City, for respondent.

PER CURIAM. Judgment reversed, with costs, and complaint dismissed, with costs. Settle order on notice.

LAUGHLIN, J., dissents.

BERTINI, Respondent, v. HEYMANN et al., Appellants. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Amadeo A. Bertini against Sidney Heymann and others. M. Horowitz, of New York City, for appellants. A. Rosenberg, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, in so far as to limit examination to allegations of complaint; the date of examination to be fixed on settlement of order. Settle order on notice.

BLACK v. FONDA et al. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by William H. Black against Bayard Fonda and others. No opinion. Application granted. Order signed.

BLOHM, Appellant, v. T. A. GILLESPIE CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Action by Lizzie M. Blohm, as administratrix, etc., of Rudolph D. Blohm, deceased, against the T. A. Gillespie Company. No opinion. Judgment and order unanimously affirmed, with costs.

BODENHEIM, Respondent, v. CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 3, 1914.) Appeal from Municipal Court of New York. Action by Julius Bodenheim against the City of New York, impleaded with others. From a judgment for plaintiff; and an order denying new trial, defendant appeals. See, also, 144 N. Y. Supp. 1106. William E. C. Mayer, of New York City, for appellant. Anthony J. Romagna, of New York City, for respondent.

PER CURIAM. There was no evidence that the defendant was negligent. The determination of the Appellate Term and the judgment of the Municipal Court are therefore reversed, and judgment directed for the defendant, with costs in all courts.

BOHLING v. PRUDENTIAL INS. CO. OF AMERICA. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Bertha Bohling against the Prudential Insurance Company of America. No opinion. Motion granted, to extent stated in order. Order filed. See, also, 146 N. Y. Supp. 1084.

BOHLING v. PRUDENTIAL INS. CO. OF AMERICA. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Bertha Bohling against the Prudential Insurance Company of America. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 146 N. Y. Supp. 1084.

BOLAND, Respondent, v. NEW YORK TRANSP. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Action by Mary Boland against the New York Transportation Company. F. H. Gerrodette, of Brooklyn, for appellant. M. Feltenstein, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BOLTON, Appellant, v. BOLTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Bertha L. Bolton against Albert J. Bolton, No opinion. Judgment affirmed, without costs.

BOUCHARD, Respondent, v. BURGARD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.)

Action by Alma Bouchard, as administratrix, etc., against Henry P. Burgard and another. No opinion. Appeal dismissed, without costs, upon stipulation filed.